FILED

SEP 14 2007

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. **2:07-CR-223-MEF** |
| | ) | [18 USC § 641; |
| ELIZABETH ANN GRANVILLE | ) | 18 USC § 2; |
| a/k/a Elizbeth Granvile | ) | 18 USC § 1028A(a)(1)] |
| | ) | |

INDICTMENT

The Grand Jury charges:

COUNT 1

1. At all times relevant to this Indictment, the defendant, ELIZABETH ANN GRANVILLE, a/k/a Elizbeth Granvile, was a resident of Montgomery, Alabama.

2. On or about September 30, 2005, an application was filed with the Federal Emergency Management Agency ("FEMA"), an agency within the United States Department of Homeland Security, for benefits in connection with Hurricane Katrina, in the name of Elizbeth Granvile. That application falsely represented that GRANVILLE had suffered losses to a property she rented as her primary residence in New Orleans, Louisiana. GRANVILLE did not reside in Louisiana and did not suffer the losses claimed.

3. FEMA accepted the application and caused a United States Treasury check in the amount of $2,358.00 to be mailed to GRANVILLE in Montgomery, Alabama. GRANVILLE received the check and cashed it.

4. On or about the date set forth below, in Montgomery County, within the Middle District of Alabama, and elsewhere,

ELIZABETH ANN GRANVILLE,
a/k/a Elizbeth Granvile,

defendant herein, while aiding and abetting and while being aided and abetted by other persons both known and unknown to the Grand Jury, did embezzle, steal, purloin, and knowingly convert to her own use money and things of value of the United States and of a department and agency thereof, in an amount in excess of $1,000, and did receive, conceal, and retain the same with the intent to convert it to her use and gain, knowing it to have been embezzled, stolen, purloined and converted as described below:

| COUNT | DATE | ITEM |
| --- | --- | --- |
| 1 | December 23, 2005 | FEMA disaster assistance funds in the amount of $2,358.00, check number 2221 75512455 |

All in violation of Title 18, United States Code, Sections 641 and 2.

## COUNT 2

On or about September 30, 2005, in Montgomery County, within the Middle District of Alabama,

ELIZABETH ANN GRANVILLE,
a/k/a Elizbeth Granvile,

defendant herein, did knowingly use the means of identification of another person without lawful authority during and in relation to the felony offense described in Count 1 herein, in violation of Title 18, United States Code, Section 1028A(a)(1).

LEURA G. CANARY
UNITED STATES ATTORNEY

NATHAN D. STUMP
Assistant United States Attorney

A TRUE BILL:

Foreperson

2