# United States District Court

### for

### Middle District of Alabama

## Petition for Warrant/Summons and Report for Defendant Under Pretrial Release Supervision

Name of Defendant: Elizabeth Ann Granville      Case Number: 2:07cr223-MEF

Name of Releasing Judicial Officer: The Honorable Susan Russ Walker, U.S. Magistrate Judge

Date of Release: 09/19/07

Original Offense: Theft of Public Money, Property, or Records / Aggravated Identity Theft (FEMA Fraud)

Type of Release: $25,000 Unsecured Appearance Bond

Assistant U.S. Attorney: Nathan Stump                    Defense Attorney: Michael Peterson

---

## PETITIONING THE COURT

[X]  To issue a warrant
[ ]  To issue a summons

The probation officer believes that the defendant has violated the following condition(s) of release:

| Violation Number | Nature of Noncompliance |
|---|---|
| Release Condition 7(p): "The defendant shall refrain from any use or unlawful possession of narcotic drug and other controlled substances..." | On 01/17/08, the defendant submitted a urine sample which yielded presumptive positive results for marijuana. The sample was forwarded to Kroll Laboratories, Inc., and the test result was confirmed on 01/19/08. On 02/07/08, the defendant submitted a urine sample which yielded presumptive positive results for marijuana. The sample was forwarded to Kroll Laboratories, Inc. for confirmation with results pending. |

Supervision history and action taken by officer:

As previously reported to the Court, on 10/23/07, the defendant submitted a urine sample which yielded positive results for marijuana. The sample was forwarded to Kroll Laboratory Specialists, Inc. On 10/26/07, the positive test result was confirmed. The defendant admitted to having used marijuana while on bond supervision. It was recommended that no action be taken by the Court at that time. Additionally, on 12/17/07, the defendant submitted another urine sample which yielded presumptive positive results for marijuana. The defendant denied having used marijuana since the time of the previous admission. The sample was forwarded to Kroll Laboratory Specialists, Inc. and returned confirmed as positive on 12/26/07.

On 01/03/08, the defendant entered a plea of guilty to counts 1 and 2 of the indictment. The supervising officer advised the court of the above related information. It was recommended that the defendant be continued on the same conditions of release previously imposed, with an additional recommendation that she be immediately referred to the Chemical Addictions Program (CAP) for a substance abuse assessment. The court subsequently released the defendant on the same conditions to now include the completion of an assessment at CAP. The defendant completed the assessment and was referred to the Intensive Outpatient Program. On 02/11/08, Shenika Ray, the defendant's CAP counselor, called the supervising officer and advised that the defendant has been suspended from the program due to poor attendance.

U.S. Probation Officer Recommendation:

The release status report provided to the court prior to the defendant's change of plea indicated that any further positive drug screens would likely result in revocation being sought. Since that date, the defendant has submitted two positive urine samples, with one sample being confirmed positive and the other still pending. The defendant has been afforded the opportunity to participate in drug treatment and remain drug free, however, she has failed to do so.

[ ]     The defendant's release should be
  [ X ]     revoked.

[ ]     The conditions of release should be modified as follows:


                                            Respectfully submitted,

                              by      /s/ Jason M. Dillon

                                      Jason M. Dillon
                                      U.S. Probation Officer
                                      Date: February 12, 2008


Reviewed and approved:   /s/ Sandra G. Wood
                         Supervisory U.S. Probation Officer

---

THE COURT ORDERS:

[ ]     No Action
[✓]     The Issuance of a Warrant
[ ]     The Issuance of a Summons
[ ]     Other

                                      _____
                                      Signature of Judicial Officer

                                      2/14/08
                                      _____
                                      Date