IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07cr223-MEF |
| | ) | |
| ELIZABETH ANN GRANVILLE | ) | |

**ORDER**

On February 19, 2008, the defendant, ELIZABETH ANN GRANVILLE, appeared before the undersigned to answer charges of violating the terms of her pre-sentence release. Upon consideration of the evidence produced at the hearing, it is

ORDERED that the defendant's pretrial release is hereby revoked. The defendant is remanded to the custody of the United States Marshal pending sentencing scheduled for March 27, 2008.

DONE, this 20th day of February, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE